# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 07-00330-01-CR-W-DW |
| ALLEN B. KINNEY, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. 35) denying Defendant Allen Kinney's Motion to Suppress Physical Evidence (Doc. 25). Defendant filed objections to the Report and Recommendation (Doc. 36). After an independent review of the record, the applicable law, and the parties' arguments, the Court ADOPTS the Magistrate's proposed findings and conclusions of law. Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made part of this Order and DENIES Defendant's Motion to Suppress Physical Evidence (Doc. 25).

/s/ DEAN WHIPPLE

Dean Whipple

Dated: January 4, 2008

United States District Court Judge